IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV257 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| $6,000.00 in United States Currency, | ) | |
| | ) | |
| Defendant. | ) | |

    This matter is before the court *sua sponte*, and pursuant to NECivR 41.2, which states in pertinent part: "At any time, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution."  In this case the complaint was filed on July 12, 2010.  See Filing No. 1.  The plaintiff filed a notice of executing a summonses on the defendant currency and on a possible claimant in August 2010.  See Filing Nos. 7 and 8.  The court gave the plaintiff leave to give notice of the forfeiture action by publication, which publication occurred.  See Filing Nos. 6 and 9.  No other progress has taken place in this matter.  No party has made a claim on the defendant currency.  It remains the plaintiff's duty to go forward in prosecuting the case by, for example, filing a motion for the clerk's entry of default pursuant to Fed. R. Civ. P. 55 and NECivR 55.1(a), as appropriate.  Upon consideration,

    **IT IS ORDERED:**

    The plaintiff has until the close of business **on April 21, 2011**, to file a motion for clerk's entry of default or show cause why this case should not be dismissed for failure to prosecute.

    Dated this 11th day of April, 2011.

                                                                           BY THE COURT:

                                                                          s/ Thomas D. Thalken
                                                                         United States Magistrate Judge