IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                       )<br>                          Plaintiff,         )<br>                                                       )<br>          v.                                          )<br>                                                       )<br>$6,000.00 IN UNITED                    )<br>STATES CURRENCY,                    )<br>                                                       )<br>                          Defendant.     ) | 8:10CV257<br><br>**DEFAULT JUDGMENT AND**<br>**DECREE OF FORFEITURE** |

NOW ON THIS 20th day of June, 2011, this matter comes on before the Court upon Plaintiff's Motion for Default Judgment and Decree of Forfeiture against the Defendant and any unknown claimants. Plaintiff is presently represented by Nancy A. Svoboda, Assistant United States Attorney. The Defendant is not present, neither personally nor through counsel. No Claimants are present, neither personally nor through counsel. Upon review of the record of this case, the Court, being duly advised in the premises, finds as follows:

    1.    A Complaint for Forfeiture was filed herein on July 12, 2010. A Warrant for Arrest in Rem was issued by this Court and was properly executed on the Defendant property by the U.S. Marshals Service.

    2.    Publication of the notice of this action and of the arrest of the Defendant property was duly made pursuant to Order of this Court dated August 6, 2010.

    3.    On April 9, 2011, service of the Verified Complaint, Notice of Seizure and Procedure and Warrant In Rem was made on Elizabeth Headlee by the U.S. Marshals Service as evidenced by Filing No. 11, a Process Receipt and Return. The Return states Ms. Headlee was served by certified mail on April 9, 2011.

4. No person or entity entitled to the Defendant property has filed a Claim or an Answer to Plaintiff's Complaint within the time fixed by law.

5. The Plaintiff's Request to Enter Default was granted by this Court on May 16, 2011.

6. Plaintiff's Motion for Default Judgment and Decree of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

A. The Motion for Default Judgment and Decree of Forfeiture filed by Plaintiff is hereby sustained.

B. All right, title or interest in or to the Defendant property held by any person or entity is hereby forever barred and foreclosed.

C. The Defendant property be and the same hereby is forfeited to the United States of America.

D. The Defendant property shall be disposed of by the U. S. Marshals Service in accordance with law.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Court